FILING FEE PAID

UNITED STATES BANKRUPTCY COURT  JAN 13 '05 PM 4:06 USB
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| SABINE, INC, ) | **Case No. 03-10668JNF** |
| f/k/a ROWECOM, INC. ) | |
| ) | |
| Debtor. ) | |

### RITA SUD'S NOTICE OF APPEAL

Now comes Rita Sud ("Ms. Sud"), an unsecured creditor in the above-captioned action, and appeals from the denial of her Motion to Extend Time for Filing an Appeal Pursuant to Bank. R. 8003(c)(2), entered by the Court on January 3, 2005.

                                      Respectfully submitted,
                                      Rita Sud,
                                      By her attorney,

Dated: January 13, 2005

                                      Martha M. Wishart (BBO #556694)
                                      McKenzie & Associates, P.C.
                                      44 School Street, Suite 1100
                                      Boston, MA  02108
                                      617.723.0400

JAN 13 '05 PM 4:06 USB

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Chapter 11** |
| ROWECOM, INC, | ) | **Case No. 03-10668JNF** |
| Debtor. | ) | |
| | ) | |

FILING FEE PAID

### CERTIFICATE OF SERVICE

I, Martha M. Wishart, Esq., hereby certify that on this day I served copies of the **RITA SUD'S NOTICE OF APPEAL** on those persons listed below, by mailing copies of the same via first class mail, postage pre-paid.

                                        Respectfully submitted,
                                        Rita Sud,
                                        By her attorney,

Dated: January 13, 2005

                                        _____
                                        Martha M. Wishart (BBO #556694)
                                        McKenzie & Associates, P.C.
                                        44 School Street, Suite 1100
                                        Boston, MA 02108
                                        617.723.0400

### SERVICE LIST

Brendan C. Recupero, Esq.
Craig & Macauley, P.C.
600 Atlantic Avenue
Boston, MA 02210

Mindy Cohen, Esq.
Kaye Scholer LLC
Three First National Plaza
70 West Madison Street, Suite 4100
Chicago, IL 60602