UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  SABINE, INC.

BANKRUPTCY APPEAL

CIVIL ACTION NO. 05-10382-MLW

**O R D E R**

WOLF, D.J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on February 17, 2005,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before March 18, 2005 and the Appellee's brief shall be filed on or before April 4, 2005. The Appellant may file and serve a reply brief on or before April 12, 2005.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

March 3, 2005

| Date | Deputy Clerk |

**(bkcybro.wpd - 12/98)** **[bro.]**

Case 1:05-cv-10382-MLW   Document 2   Filed 03/03/2005   Page 2 of 2

**(bkcybro.wpd - 12/98)** **[bro.]**