**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO.**
**05-10382-MLW**

**IN RE:** )
)
**SABINE, INC,** )
**f/k/a ROWECOM, INC.** )
)
**Debtor.** )

APPELLANT, RITA SUD'S ASSENTED TO
MOTION TO EXTEND BRIEFING SCHEDULE

Now comes the Appellant, Rita Sud, and requests that the Court allow a one week extension of the briefing schedule. As grounds therefore, the Appellant states the following:

(1) that appellant's counsel first received the electronic notice of the briefing schedule on Friday, March 4, 2005, because counsel was out of the office on a full day deposition;

(2) that appellant's counsel had a trial commencing on Monday, March 7, 2004, trying full days, which concluded on Monday, March 14, 2005;

Wherefore the appellant requests that the briefing schedule be extended in the following manner: Appellant's brief be filed on or before March 25; that Appellee's brief be filed on or before April 11, 2005; and that any reply brief of Appellee be filed and served on or before April 19, 2005.

Respectfully submitted,
Rita Sud,
By her attorney,

Dated: March 16, 2005

_/s/ Martha M. Wishart__________
Martha M. Wishart (BBO #556694)
McKenzie & Associates, P.C.
44 School Street, Suite 1100
Boston, MA 02108
617-723-0400

Assented to by:

Christopher J. Panos, as
Trustee of the Sabine, Inc.
Liquidating Trust

By his attorneys,
Craig and Macauley
Professional Corporation

_/s/ Brendan Recupero________

Christopher J. Panos (BBO# 555273)
Brendan Recupero (BBO# 645032)
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210