UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RITA SUD**
                                                                                              CIVIL ACTION
                                                                                              NO. 05-10382-MLW

       v

**SABINE, INC. et al**

NOTICE

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for a **MOTION HEARING** on **FEBRUARY 16, 2006** at **2:00** P.M. before Chief Judge **WOLF** in Courtroom # **10** on the **5th** floor.

                                                               SARAH THORNTON, CLERK

**February 6, 2006**                               By:    **/s/ Dennis O'Leary**
Date                                                             Deputy Clerk

**Notice mailed to:**
(notice.frm - 10/96)                                                                                                   [ntchrgcnf.]