UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RITA SUD,  )  |  |  |
| Appellant,  )  | Case No. 05-CV-10382 |  |
| )  |  |  |
| v.  )  |  |  |
| )  |  |  |
| SABINE, INC., fka ROWECOM, INC.  )  |  |  |
| et al.,  )  |  |  |
| Appellee.  )  |  |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned, the attorneys of record herein for Sabine, Inc. fka RoweCom, Inc. (the "Debtor"), Jeffrey D. Sternklar, Jennifer L. Hertz and Marian B. Hand, all of the law firm of Duane Morris LLP, hereby withdraw their appearance. The entity which is the successor in interest to the Debtor is represented by Craig & Macauley, P.C., which firm has an appearance in this case.

**ALL PARTIES ARE REQUESTED TO REVISE THEIR SERVICE LIST ACCORDINGLY**.

Respectfully submitted,

DUANE MORRIS, LLP

   /s/  *Jeffrey D. Sternklar, Esq.*
   /s/ *Jennifer L. Hertz, Esq.*
   /s/ *Marian B. Hand, Esq.*

470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone:  (617) 289-9214
Email:  jlhertz@duanemorris.com

*Former Attorneys For Sabine, Inc., fka RoweCom, Inc.*

DM3\338969.1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RITA SUD, | ) | |
|     Appellee, | ) | Case No. 05-CV-10382 |
| | ) | |
| v. | ) | |
| | ) | |
| SABINE, INC., fka ROWECOM, INC. | ) | |
|     Appellant. | ) | |

### AFFIDAVIT OF SERVICE

I, Jennifer L. Hertz, hereby certify that on this 8th of January, 2006, a copy of the Notice of Withdrawal of Appearance was served via first class mail, postage prepaid, on the parties set forth on the Service List attached hereto.

    Respectfully submitted,

    /s/ Jennifer L. Hertz
    Jennifer L. Hertz (BBO # 645081)
    DUANE MORRIS LLP
    470 Atlantic Avenue, Suite 500
    Boston, MA 02210
    Phone: (617) 289-9200
    Fax: (617) 289-9201
    Email: jlhertz@duanemorris.com

SERVICE LIST

Martha M. Wishart
McKenzie & Associates, P.C.
44 School Street
Boston, MA 02108
*Counsel for Appellee*

Brendan C. Recupero
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
*Counsel for Appellants*

Stephen E. Garcia
Kaye Scholer LLC
THree First National Plaza
70 West Madison Street Street
Suite 4100
Chicago, IL 60602