# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

JENNIFER L. HERTZ
DIRECT DIAL: 617.289.9214
E-MAIL: JLHertz@duanemorris.com

www.duanemorris.com

FILED
IN CLERKS OFFICE

2006 FEB -8  P 4: 20

DISTRICT COURT
DISTRICT OF MASS.

February 8, 2006

United States District Court for the District
of Massachusetts
Attn: Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Rita Sud v. Sabine, Inc. f/k/a RoweCom, Inc.
      Case No. 05-CV-10382

Dear Sir or Madam:

Per the request of the Court, I have enclosed a Notice of Withdrawal of Appearance for the law firm Duane Morris LLP. This document was not e-filed because no attorney of record in this case has a District Court electronic filing password. Accordingly, I have enclosed the withdrawal herein.

Please date stamp the enclosed document marked "Copy" and return in the enclosed self addressed stamped envelope. Please do not hesitate to contact me should you have any questions or concerns. Thank you.

Sincerely,

Jennifer L. Hertz

JLH/mmm

cc:   Service List

DUANE MORRIS LLP

470 ATLANTIC AVENUE, SUITE 500   BOSTON, MA 02210                PHONE: 617.289.9200   FAX: 617.289.9201