UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RITA SUD,<br>    Appellant,<br><br>v.<br><br>SABINE, INC., fka ROWECOM, INC.<br>et al.,<br>    Appellee. | Case No. 05-CV-10382 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned, the attorneys of record herein for Sabine, Inc. fka RoweCom, Inc. (the "Debtor"), Jeffrey D. Sternklar, Jennifer L. Hertz and Marian B. Hand, all of the law firm of Duane Morris LLP, hereby withdraw their appearance. The entity which is the successor in interest to the Debtor is represented by Craig & Macauley, P.C., which firm has an appearance in this case.

**ALL PARTIES ARE REQUESTED TO REVISE THEIR SERVICE LIST ACCORDINGLY.**

Respectfully submitted,

DUANE MORRIS, LLP

/s/ *Jeffrey D. Sternklar, Esq.*
/s/ *Jennifer L. Hertz, Esq.*
/s/ *Marian B. Hand, Esq.*

470 Atlantic Avenue, Suite 500
Boston, MA 02210
Telephone: (617) 289-9214
Email: jlhertz@duanemorris.com

*Former Attorneys For Sabine, Inc., fka RoweCom, Inc.*