FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

2006 FEB -8  P 4: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | ) | |
|---|---|---|
| RITA SUD, | ) | |
| Appellee, | ) | Case No. 05-CV-10382 |
| | ) | |
| v. | ) | |
| | ) | |
| SABINE, INC., fka ROWECOM, INC. | ) | |
| Appellant. | ) | |

## AFFIDAVIT OF SERVICE

I, Jennifer L. Hertz, hereby certify that on this 8th of January, 2006, a copy of the Notice of Withdrawal of Appearance was served via first class mail, postage prepaid, on the parties set forth on the Service List attached hereto.

Respectfully submitted,

 /s/  Jennifer L. Hertz
Jennifer L. Hertz (BBO # 645081)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone:  (617) 289-9200
Fax:  (617) 289-9201
Email:  jlhertz@duanemorris.com

## SERVICE LIST

Martha M. Wishart
McKenzie & Associates, P.C.
44 School Street
Boston, MA 02108
*Counsel for Appellee*

Brendan C. Recupero
Craig & Macauley, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
*Counsel for Appellants*

Stephen E. Garcia
Kaye Scholer LLC
THree First National Plaza
70 West Madison Street Street
Suite 4100
Chicago, IL 60602