UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re:

SABINE, INC. (*f/k/a* ROWECOM, INC. *et al.*),

Debtor.

No. 05-10382-MLW

## NOTICE OF PROPER APPELLEE

Christopher J. Panos (the "Appellee") is the duly-appointed Liquidating Trustee established under the Third Amended Joint Plan of Liquidation Proposed by the Debtors and Creditors' Committee Dated November 23, 2004 as confirmed by the United States Bankruptcy Court for the District of Massachusetts on December 7, 2004 in the above-referenced bankruptcy case. Pursuant to the debtor's confirmed plan, your Appellee is the proper and only appellee in the instant matter.

February 16, 2006

CHRISTOPHER J. PANOS TRUSTEE OF
THE SABINE, INC. F/K/A ROWECOM, INC.
LIQUIDATING TRUST

By its Attorneys,
CRAIG AND MACAULEY
   PROFESSIONAL CORPORATION

/s/ Brendan C. Recupero
Christopher J. Panos  (BBO #555273)
Brendan C. Recupero (BBO #645032)
Craig and Macauley
 Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500