UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-10382

| Rita Sud | Sabine, Inc. |
|---|---|
| PLAINTIFF | DEFENDANT |
| Martha Wishart | Brendan Recupero |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 2/16/06 | Court gives its tentative views to the parties and then listens to oral arguments. |
| | Court takes the matter under advisement.  Written order to issue. |